1494

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHAN J. REOME, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Peradotto, Gorski and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW YOUNG, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Carni and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAMON HUNTER, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEGLOYDE POLES, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Fahey, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE HARRIS, Appellant. [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley, Green and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 1.) [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 2.) [932 NYS2d 758]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ BOY SCOUTS OF AMERICA, Respondent-Appellant, v CAYUGA COUNTY COUNCIL NO. 366, BOY SCOUTS OF AMERICA, et al., Appellants-Respondents. [932 NYS2d 758]—Motion for reargument or leave to appeal to the Court of Appeals dismissed. Present—Smith, J.P., Fahey, Carni, Lindley and Gorski, JJ.

■ SUSAN T. HUGHES, Appellant, v SCOTT H. HUGHES, Respondent. [932 NYS2d 758]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL MYERS, Appellant. (Appeal No. 1.) [932 NYS2d 758]—Motion for reargument and reconsideration denied. Present—Smith, J.P., Centra, Fahey, Gorski and Martoche, JJ.